**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

September 2, 2026

**BY ECF**
Hon. Jennifer L. Rochon
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *Mistyrise Int'l Ltd. v. OFAC, et al.*
No. 26 Civ. 5040 (JLR)

Dear Judge Rochon:

I represent defendants Office of Foreign Assets Control ("OFAC"), Scott Bessent, in his official capacity as Secretary of the Treasury, and Bradley T. Smith, in his official capacity as Director of OFAC. I write respectfully, with the consent of plaintiff, to request a thirty-day adjournment of the initial pretrial conference (currently scheduled for September 16, 2026) to a date convenient to the Court on or after October 16, 2026, and a corresponding extension of the deadline for submission of a joint letter and proposed case management plan.

In this action, plaintiff Mistyrise International Ltd. ("Mistyrise") alleges that defendants have unreasonably delayed acting on applications for licenses authorizing the release of funds that are blocked by the federal Venezuela Sanctions Regulations. ECF No. 1; *see* 31 C.F.R. part 591. The reason for the extension is that OFAC currently anticipates being able to act on Mistyrise's pending application within the next few weeks and, if OFAC does so, defendants believe that such action would moot the claims in Mistyrise's complaint. Accordingly, a thirty-day adjournment is in the interest of efficient case management.

This is the first request for an adjournment of the conference. Plaintiff consents to this request. As provided by the Court's Individual Practices, the parties propose the following as three mutually agreeable dates for the rescheduled conference: 10/20 at 2 pm, 10/21 at 10 am, and 10/22 at 2 pm.

Respectfully,

JAMES M. MCDONALD
United States Attorney

By: */s/ Robert Yalen*
ROBERT WILLIAM YALEN
Assistant United States Attorney
86 Chambers Street, Third Floor
New York, NY 10007
Tel: (212) 637-2722
robert.yalen@usdoj.gov

Request GRANTED. The parties' initial pretrial conference, currently scheduled for September 16, 2026, is ADJOURNED to October 20, 2026, at 2:00 p.m. The parties shall submit their joint letter and proposed case management plan ahead of that conference in accordance with this Court's Individual Rules, and shall advise the Court at any time if they have resolved this matter.

Dated: September 3, 2026
New York, New York

**SO ORDERED.**

Jennifer Rochon

**JENNIFER L. ROCHON**
**United States District Judge**